THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERT E. KALAN, Appellant.— Judgment of the County Court, Queens County, convicting defendant of the crime of grand larceny in the second degree as a second felony offense, unanimously affirmed. No opinion. Present — Nolan, P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS S. RICE, True Name CLARENCE THOMAS SPRING RICE, Appellant.— Defendant appeals from a judgment of the County Court, Queens County, convicting him of the crime of grand larceny in the first degree, and from intermediate orders. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.

■

REICHHOLD CHEMICALS, INC., Appellant, v. CARLISLE CHEMICAL MFG. CO., INC., Respondent.— In an action to recover a balance alleged to be due for goods sold and delivered, defendant interposed a counterclaim for breach of warranty. Order denying plaintiff's motion for summary judgment, pursuant to rule 113 of the Rules of Civil Practice, striking out defendant's answer and counterclaim, affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

■

RICHARD SPENCER, Respondent, v. ALFRED JURZYKOWSKI et al., Defendants, and DELICIA CHOCOLATE AND CANDY MANUFACTURING CO., INC., Appellant.— In an action for an accounting predicated upon an alleged contract of joint venture and for other relief, defendant Delicia Chocolate and Candy Manufacturing Co., Inc., appeals from an order denying its motion to dismiss each of the three causes of action contained in the second amended complaint, on the ground that each cause does not state facts sufficient to constitute a cause of action, pursuant to rule 106 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

■

## (February 24, 1955.)

■

In the Matter of the Application of LAWRENCE RIVKIN, Also Known as LAWRENCE M. RIVKIN, for Admission to the Bar.— Application granted. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.